DUCK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tyson Foods of Alabama, Inc.
c/o The Corporation Company
2000 Interstate Park Dr.; Suite 204
Montgomery, Alabama 36109

2:05CV0509 (sms, cmp 20 dys)

2. Article Number (Copy from service label)

7002 2030 0003 1736 1391

PS Form 3811, July 1999     Domestic Return Receipt     102595-00-M-0952

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery
                                         06-06-05

C. Signature
X _____   ☐ Agent
                    ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes