Duck

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) **J Ashcraft**  B. Date of Delivery **6-6**<br>C. Signature<br>X **F. Ashcraft**   ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br><br>Tyson Foods, Inc.<br>1300 Johnson Road<br>Springdale, Arkansas 72765<br><br>2:05CV509 (sms. cmp 20 days) | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Copy from service label) | 7002 2030 0003 1736 1414 |
| PS Form 3811, July 1999 | Domestic Return Receipt    102595-00-M-0952 |