## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA (NORTHERN DIVISION)

| | |
|---|---|
| **BARBARA DUCK, an individual;** ) | |
| **ROBERT DUCK, an individual;** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NUMBER:** |
| ) | **2:05-CV-00509-CSC** |
| **TYSON FOODS, INC.,** ) | |
| a business or corporation; ) | |
| **WAL-MART STORES INC.,** ) | |
| a business or corporation; ) | |
| **TYSON FOODS OF ALABAMA, INC.,** ) | |
| a business or corporation, ) | |
| ) | |
| **Defendants.** ) | |

## MOTION TO DISMISS TYSON FOODS OF ALABAMA INC.

COMES NOW the Plaintiff, through counsel, and respectfully moves this Court to dismiss, without prejudice, Tyson Foods of Alabama Inc.. As grounds, Plaintiff shows unto the Court as follows:

1. Tyson Foods of Alabama Inc. is no longer in existence and was incorrectly named in the above referenced lawsuit.

2. The Defense attorney representing Tyson Foods Inc. and Wal-Mart Stores Inc. is in agreement with this Motion.

3. The Plaintiff requests dismissal without prejudice, costs taxed as paid, and request permission to continue the prosecution of all claims asserted against Tyson Foods Inc. and Wal-Mart Stores Inc..

        Respectfully submitted,

        **/s/ Richard F. Horsley**
        **Richard F. Horsley  HOR023**
        **Attorney for Plaintiff**

**OF COUNSEL:**

**GOOZÉE, KING & HORSLEY, L.L.P.**
**Shades Brook Building, Suite 200**
**3300 Cahaba Road**
**Birmingham, Alabama  35223**
**(205) 871-1310**

## CERTIFICATE OF SERVICE

_____I hereby certify that I have served a copy of the above and foregoing on all counsel of records listed below by placing a copy of same in the United States Mail, first class, postage pre-paid on this 23rd day of June, 2005, to wit:

        **/s/ Richard F. Horsley**
        **Richard F. Horsley  HOR023**
        **Attorney for Plaintiff**
        **OF COUNSEL**

**Christopher Rodgers, Esq.**
**Huie, Fernambucq & Stewart**
**Three Protective Center Suite 200**
**2801 Highway 280 South**
**Birmingham, Alabama 36223-2484**