IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BARBARA DUCK, an individual; | ) | |
| ROBERT DUCK, an individual; | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| vs. | ) | |
| | ) | 2:05-CV-00509-CSC |
| TYSON FOODS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' CONSENT TO PLAINTIFF'S MOTION TO DISMISS
TYSON FOODS OF ALABAMA, INC.**

Comes now the Defendants, **TYSON FOODS, INC., and WAL-MART STORES, INC.**, and consent to the entry of an Order dismissing Tyson Foods of Alabama, Inc., from this matter.

Respectfully submitted,

_____
Christopher S. Rodgers (ROD008)
Attorney for the Defendant,
**WAL-MART STORES, INC.**

**OF COUNSEL:**
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223-2484
Telephone: (205) 251-1193
Telecopier: (205) 251-1256

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the above and foregoing on all counsel of record, via electronic transmission, postage prepaid on this 29th day of June, 2005:

/s/ *[signature]*
Of Counsel

**OF COUNSEL**:
Richard F. Horsley, Esq.
GOOZEE, KING & HORSLEY
Shades Brook Bldg., Suite 200
3300 Cahaba Road
Birmingham, Alabama 35223