IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA DUCK, and <br> ROBERT DUCK, <br><br> Plaintiffs, <br><br> v. <br><br> TYSON FOODS INC., *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 2:05-CV-509-C <br> ) <br> ) <br> ) <br> ) <br> ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

June 29, 2005
Date

Signature Christopher S. Rodgers

Tyson Foods, Inc.
Wal-Mart Stores, Inc.
Counsel For (**print** name of all parties)

Huie, Fernambucq & Stewart, LLP
Three Protective Center, Suite 200
2801 Highway 280 South, B'Ham, AL 35223-2484
Address, City, State Zip Code

(205) 251-1193
Telephone Number

# DO NOT FILE THIS DOCUMENT ELECTRONICALLY