IN THE UNITED STATES DISTRICT COURT RECEIVED
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION     2005 JUL -5 P 2: 12

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA

| | |
|---|---|
| BARBARA DUCK, and ROBERT DUCK, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-509-C |
| TYSON FOODS INC., *et al.*, | ) ) |
| Defendants. | ) ) |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

7/1/05
Date

Signature

Barbara + Robert Duck
Counsel For (**print** name of all parties)

Suite 250 3300 Cahaba Rd.
B'ham, AL. 35213
Address, City, State Zip Code

205-871-1310
Telephone Number

# DO NOT FILE THIS DOCUMENT ELECTRONICALLY

SCANNED