IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA and ROBERT DUCK, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TYSON FOODS INC., *et al.*, )<br>)<br>Defendants. ) | CIVIL ACTION NO.  2:05-cv-509-C<br>WO |

**MEMORANDUM OPINION AND O R D E R ON MOTION**

Now pending before the court is the June 23, 2005, motion to dismiss Tyson Foods of Alabama, Inc. (doc. # 8) filed by the plaintiffs.  The plaintiffs concede that Tyson Foods of Alabama, Inc. was incorrectly named as a defendant and no longer exists.  The defendants consent to the entry of an order dismissing Tyson Foods of Alabama, Inc. as a defendant in this case.  (Doc. # 10).  Pursuant to 28 U.S.C. § 636(c)(1) and M.D. Ala. LR 73.1, the parties have consented to the United States Magistrate Judge conducting all proceedings in this case and ordering the entry of final judgment.  Accordingly, upon consideration of the motion to dismiss, and for good cause, it is

ORDERED that the motion to dismiss Tyson Foods of Alabama, Inc. as a defendant be and is hereby GRANTED and Tyson Foods of Alabama, Inc, be and is hereby DISMISSED without prejudice as a defendant in this action.

Done this 28th day of July, 2005.

 /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE