**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **BARBARA DUCK, an individual;** ) | |
| **ROBERT DUCK, an individual;** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| vs. ) | |
| ) | 2:05-CV-00509-CSC |
| **TYSON FOODS, INC., et al.,** ) | |
| ) | |
| Defendants. ) | |

**REPORT OF THE PARTIES' PLANNING MEETING**

1. Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on August 2, 2005, and was attended by: Richard F. Horsley, on behalf of the Plaintiff; and Christopher S. Rodgers on behalf of the Defendants, Tyson Foods, Inc., and Wal-Mart Stores, Inc.

2. **PRE-DISCOVERY DISCLOSURES**

The parties will exchange by **September 1, 2005**, the information required by Federal Rules of Civil Procedure 26(a)(1).

3. **DISCOVERY PLAN**

The parties jointly proposed to the Court the following discovery plan:

A. Discovery will be needed on the following subjects:

(1) Plaintiff will need discovery on the facts surrounding the accident, Tyson's inspection techniques, and medical issues.

(2) Defendant will need discovery on Plaintiff's accident circumstances, expert opinions, and damages issues claimed by the Plaintiff.

B. All discovery will be commenced in time to be completed on or before **April**

**1, 2006**.

        C.        The parties agree to a maximum of thirty (30) Interrogatories with Responses due within thirty (30) days after service.

        D.        The parties agree to a maximum of twenty (20) Requests for Admissions.

        E.        The parties have agreed to a maximum of ten (10) depositions by the Plaintiff and a maximum of ten (10) depositions by the Defendant, except for good cause shown.

        F.        The parties agree that the Plaintiff will provide complete Rule 26(a)(2) information from all experts on or before **December 1, 2005**. Experts for the Plaintiff will be made available for depositions on or before **January 1, 2006**.

        G.        The parties agree that the Defendant will provide complete Rule 26(a)(2) information from all experts on or before **February 1, 2006**. Experts for the Defendant will be made available for deposition on or before **March 1, 2006**.

        H.        Supplementation under Rule 26(e) due by the Plaintiff on **March 15, 2006**, the Defendant on **March 25, 2006**.

    4.        **OTHER ITEMS - SCHEDULING ORDER**

        A.        The parties do not request a conference with the Court before the entry of the Scheduling Order.

        B.        The parties request a Pretrial Conference in **May 2006**.

        C.        **December 1, 2005**, is designated as the last day for the Plaintiff to join any Defendants or to amend the pleadings.

        D.        **January 15, 2006**, is designated as the last day for the Defendant to join any parties or to amend the pleadings.

   E. All potentially Dispositive Motions should be filed by **April 1, 2006**.

   F. The parties have agreed that settlement cannot be evaluated prior to medical discovery.

   G. Final list of witnesses and exhibits under Rule 26(a)(3) should be due from the Plaintiff by twenty-one (21) days prior to the trial date.

   H. Final list of witnesses and exhibits under Rule 26(a)(3) should be due from the Defendants by fourteen (14) days prior to the trial date.

   I. The parties shall have seven (7) days after service of final list of witnesses and exhibits to list objections under Rule 26(a)(3).

   J. The parties agree that this case will be trial ready by **June 2006**. The expected trial time is three (3) days.

 Done this 2nd day of August, 2005.

           Respectfully submitted,

           \s\ Christopher S. Rodgers
           Christopher S. Rodgers (ROD008)
           Attorneys for Defendants,
           **TYSON FOODS, INC.**

**OF COUNSEL**:
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223-2484
Telephone: (205) 251-1193
Telecopier: (205) 251-1256

           \s\ Richard F. Horsley
           Richard F. Horsley
           Attorney for Plaintiff

**OF COUNSEL**:
GOOZEE, KING & HORSLEY
Shades Brook Bldg., Suite 200
3300 Cahaba Road
Birmingham, Alabama 35223