IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA DUCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-cv-509-CSC |
| | ) |
| TYSON FOODS INC., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The parties mediated this case on January 12, 2006. At the conclusion of the mediation, the parties notified the court that they had reached an amicable settlement of all issues. Accordingly, it is

ORDERED that on or before February 2, 2006, the parties shall file a joint stipulation for dismissal.

Done this 19th day of January, 2006.

                /s/Charles S. Coody
                CHARLES S. COODY
                CHIEF UNITED STATES MAGISTRATE JUDGE