## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
### (NORTHERN DIVISION)

| | |
|---|---|
| **BARBARA DUCK, an individual;** ) | |
| **ROBERT DUCK, an individual;** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NUMBER:** |
| ) | 2:05-CV-00509-CSC |
| **TYSON FOODS, INC., et al.** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** the parties in the above-styled matter, by and through their counsel of record, and desire this Court to enter an Order dismissing all claims of the Plaintiffs, **BARBARA and ROBERT DUCK**, against Defendant, **TYSON FOODS, INC., and WAL-MART STORES, INC.,** with prejudice, with each party to bear their own cost.

Executed this 23rd day of January, 2006.

Respectfully submitted,

**/s/ Christopher S. Rodgers**
**Christopher S. Rodgers ROD008**
**Attorney for the Defendant**

HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
Ste 200
2801 Highway 280 South
Birmingham, Alabama 35223-2484
Telephone: (205) 251-1193
Telecopier: (205) 251-1256

**/s/ Richard F. Horsley**
**Richard F. Horsley HOR023**
**Attorney for the Plaintiffs**

GOOZEE, KING & HORSLEY
Shades Brook Building, Suite 200
3300 Cahaba Road
Birmingham, Alabama 35223