### IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
### (NORTHERN DIVISION)

| | |
|---|---|
| **BARBARA DUCK, an individual;** ) | |
| **ROBERT DUCK, an individual;** ) | |
|   ) | |
| **Plaintiffs,** ) | |
|   ) | |
| vs.   ) | **CIVIL ACTION NUMBER:** |
|   ) | **2:05-CV-00509-CSC** |
| **TYSON FOODS, INC., et al.** ) | |
|   ) | |
|   ) | |
| **Defendants.** ) | |

## ORDER

Pursuant to the Joint Stipulation of Dismissal filed with the Court this date, it is hereby ORDERED, ADJUDGED and DECREED that all claims of the Plaintiffs, **BARBARA and ROBERT DUCK**, against the Defendant, **TYSON FOODS, INC., and WAL-MART STORES, INC.,** be and hereby are DISMISSED with prejudice with each party to pay costs of Court as incurred, and with Plaintiffs to satisfy any valid and outstanding liens or subrogation interests.

Done and executed this 23rd day of January, 2006.

_____
JUDGE CHARLES COODY

cc:   Richard F. Horsley, Esquire
      Christopher S. Rodgers, Esquire